

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00207-CV

## IN RE DPA'S ASSIST THE OFFICER FOUNDATION, INC.

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

Relator's Petition for Writ of Mandamus, filed on June 29, 2018, is denied. This Court's order of the same date which stayed the trial court's order of May 31, 2018 is withdrawn and the stay is lifted.

The timetable for compliance with the trial court's May 31, 2018 discovery order and the October 25, 2018 order of the 18th District Court confirming the 249th District Court's order is set at 45 days from the date of this Court's opinion and judgment.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins[1]
Petition denied
Opinion delivered and filed February 13, 2019
[OT06]



[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003 (West 2013).